```
                                                      FILED
1   ERSKINE & TULLEY                                 JUN 0 7 2005
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)            RICHARD W. WIEKING
    220 Sansome Street, Suite 600                  CLERK U.S. DISTRICT COURT
3   San Francisco, CA  94104                       NORTHERN DISTRICT OF CALIFORNIA
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5
```

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN et al. | NO. C 03 4858 WHA(MEJ) |
| Plaintiffs, | ORDER OF EXAMINATION |
| vs. | |
| GERVASIO ENVIRONMENTAL SYSTEMS | |
| Defendant. | |

To: Vincent J. Ramos, Officer and Custodian of Records
    of Judgment Debtor
    Gervasio Environmental Systems
    3475 Investment Blvd. #207
    Hayward, CA 94545

You the above named officer and custodian of records of corporate judgment debtor ARE HEREBY ORDERED to appear personally on July 19, 2005 at 11:30 a.m. at 450 Golden Gate Avenue, San Francisco, CA , 15th Floor, Courtroom B, before the Magistrate Judge Maria-Elena James then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

ORDER OF EXAMINATION                                                    1

*e-filed on 6/7/05 Document #37*
*mailed and faxed 522-4711 to Judges Chambers*

   2. Title documents to all equipment and vehicles of debtor;

   3. All lists and schedules of rented, leased and owned equipment of debtor;

   4. Copies of all real property and personal property leases wherein debtor is a party;

   5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

   6. Annual Financial Statements for 2004; all monthly financial statements for the same period;

   7. Federal tax returns for the last two years;

   8. All bank statements, deposit slips and canceled checks for all accounts for November 1, 2004 to date;

   9. The last tax return filed with the Franchise Tax Board;

   10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from November 1, 2004 to date;

   11. All accounts receivable lists generated by the Company from November 1, 2004 to date;

   12. Cash Disbursement Journals for 2004, and 2005;

   13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

   14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

   15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

ORDER OF EXAMINATION                 2

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: 6-7-05

Magistrate Judge Maria-Elena James

ORDER OF EXAMINATION                                                     3