```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE SHEET    )    NO. C 03 4858 WHA(MEJ)
    METAL WORKERS HEALTH CARE PLAN    )
12  et al.                            )
                                      )
13                  Plaintiffs,       )
                                      )    ORDER OF EXAMINATION
14           vs.                      )
    GERVASIO ENVIRONMENTAL SYSTEMS    )
15                                    )
                    Defendant.        )
16  _____)
17  To:  Vincent J. Ramos, Officer and Custodian of Records
             of Judgment Debtor
18       Gervasio Environmental Systems
         17088 Via Del Ray
19       San Lorenzo, CA 94580
```

20  You the above named officer and custodian of records of
21  corporate judgment debtor ARE HEREBY ORDERED to appear personally on
22  July 6, 2006 at 9:30 a.m. at 450 Golden Gate Avenue, San Francisco,
23  CA , 15th Floor, Courtroom B, before the Magistrate Judge Maria-Elena
24  James then and there to be examined on oath concerning your property
25  or other matters material to the proceedings.
26  You are ordered to bring with you the following documents:
27  1.  Annual Financial Statements for 2006; all monthly
28  financial statements for the same period;

ORDER OF EXAMINATION                                               1

      2.   Federal tax returns for 2005;

      3.   All bank statements, deposit slips and canceled checks for all accounts for January 1, 2006 to date;

      4.   Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from November 1, 2004 to date;

      5.   All accounts receivable lists generated by the Company from January 1, 2006 to date;

      6.   Cash Disbursement Journals for 2006;

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated:_____6-13-06_____

                                        _____
                                        Magistrate Judge Maria-Elena James

ORDER OF EXAMINATION                                                    2